THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Peggy Salters, Respondent,
 v.
 Palmetto Health
 Alliance Inc.,  d/b/a Palmetto Baptist Medical Center; Robert Schnackenberg,
 M.D., individually; Eric Lewkowiez, M.D., individually; Columbia Psychiatric
 Associates, PA, P. Kenneth Huggins, M.D., individually, Defendants,
 of whom Eric
 Lewkowiez, M.D. is Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
APPEALS

Appeal From Richland County
 L. Casey Manning, Circuit Court Judge

Memorandum Opinion No. 2009-MO-032
Heard June 9, 2009  Filed June 22, 2009   

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Andrew
 F. Lindemann, William H. Davidson, II, and Lawrence S. Kerr, all of Davidson,
 Morrison & Lindemann, of Columbia, for Petitioner.
 John
 W Carrigg, Jr., of Irmo, and Mark W Hardee, of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review
 the Court of Appeals unpublished opinion in Salters v. Palmetto Health
 Alliance, Inc. et al., Op. No. 2007-UP-187 (S.C. Ct. App., filed April 24,
 2007).  We  now dismiss the writ as improvidently granted.    
DISMISSED
 AS IMPROVIDENTLY GRANTED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY, JJ., and Acting Justice E. C. Burnett, III,
concur.